

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2014

No. 04-14-00332-CR

Martin Salvador **HERNANDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2002CR2660
The Honorable Angus K. McGinty, Judge Presiding

### O R D E R

On May 5, 2014, appellant Martin Salvador Hernandez filed a document entitled "Late Notice of Appeal." After reviewing the motion, it appears appellant is asking this court for an extension of time to file his notice of appeal. However, the district clerk has advised that no notice of appeal has been filed in the trial court, and we have determined that no notice of appeal has been filed in this court.

This court's jurisdiction is invoked by the timely filing of a notice of appeal. *State v. Riewe*, 13 S.W.3d 408, 410 (Tex. Crim. App. 2000); TEX. R. APP. P. 25.2(b). Because it appears appellant has not filed a notice of appeal, he has seemingly failed to invoke this court's jurisdiction.

Accordingly, we **ORDER** appellant to file a written response in this court on or before **June 13, 2014** establishing that he timely filed a notice of appeal and thereby invoked this court's jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If a supplemental clerk's record is required, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court